# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release** |
| v. | Case Number:  12-cr-00098-JLK-01 |
| | USM Number:  01418-055 |
| EARL ALBERT MOORE | Robert W. Pepin, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 04/20/2011 |
| 2 | Failure to Report to the Probation Office in the District to which the Defendant is Released within 72 Hours of Release from Custody of the Bureau of Prisons | 04/13/2011 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 5, 2012
_____
Date of Imposition of Judgment


***S/John L. Kane***
_____
Signature of Judge


John L. Kane, Senior U.S. District Judge
_____
Name & Title of Judge


April 11, 2012
_____
Date

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty-six (36) months, to be served concurrently with the sentence imposed in U.S. District Court Case No. 11-cr-00197-JLK-01.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
                 UNITED STATES MARSHAL

By_____
             Deputy United States Marshal